UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL GAMBLE and CHARLOTTE GAMBLE, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>THE BOEING COMPANY EMPLOYEE RETIREMENT PLAN, THE BOEING COMPANY EMPLOYEE BENEFITS PLAN COMMITTEE,<br><br>Defendants. | No. C10-1618 RSL<br><br>ORDER STRIKING DEFENDANTS' SUMMARY JUDGMENT MOTION AND DENYING PLAINTIFFS' MOTION FOR AN EXTENSION AS MOOT |

This matter comes before the Court on "Defendant's Motion for Summary Judgment" (Dkt. # 28) and "Plaintiffs' Motion to extend Deadline for Responding to Defendants' Motion for Summary Judgment" (Dkt. # 30).

As set forth in the Court's "Order Granting Plaintiffs' Motion to Compel" (Dkt. # 33), the Court has determined that Plaintiffs are entitled to the discovery they sought from Defendants. Because the Court believes this discovery will substantially affect many of the issues raised by Defendants in their motion, the Court STRIKES Defendants' motion (Dkt. # 28) without prejudice. Plaintiffs' motion (Dkt. # 30) is thus

ORDER STRIKING DEFENDANTS' SUMMARY
JUDGMENT MOTION AND DENYING PLAINTIFFS'
MOTION FOR AN EXTENSION AS MOOT - 1

1 DENIED as moot. The Court will file an amended scheduling order that provides the
2 parties with an adequate amount of time to complete discovery and bring dispositive
3 motions.

DATED this 26th day of October, 2011.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER STRIKING DEFENDANTS' SUMMARY
JUDGMENT MOTION AND DENYING PLAINTIFFS'
MOTION FOR AN EXTENSION AS MOOT - 2